# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENE SHERIDAN,
    Appellant,

vs.

JOSEPH A. GUTIERREZ, ESQ.;
STEVEN G. KNAUSS, ESQ.; JASON R.
MAIER, ESQ.; AND MAIER
GUTIERREZ & ASSOCIATES,
    Respondents.

No. 84468

**FILED**

AUG 0 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's pro se motion to voluntarily dismiss this appeal is granted. This appeal is dismissed. NRAP 42(b). This court takes no position on whether this appeal is moot, as asserted by appellant.

It is so ORDERED.

_____, C.J.

cc: Hon. Jessica K. Peterson, District Judge
  Rene Sheridan
  Lipson Neilson P.C.
  Eighth District Court Clerk

22-24099